STK NO. 7011
Form 20 LB.
Rev. 12/14

BEN 275C(1)M 0019 10401
005

STATE OF ILLINOIS
DEPARTMENT OF EMPLOYMENT SECURITY
BENEFIT PAYMENT CONTROL
PO BOX 4385
CHICAGO, IL 60680-4385
FAX:  (312) 793-2356

LISA MARIE GOMEZ
2045 MARK CIR
BOLINGBROOK, IL  60490

Date: 12/05/11

CIN:    2208933

(ESTE ES UN AVISO IMPORTANTE. SI NO LO ENTIENDE, BUSQUE UN INTERPRETE)

NOTICE OF FRAUD DECISION

This Decision is issued pursuant to Sections 703, 900, 901 and 239/402 of the
Illinois Unemployment Insurance Act.

For the weeks shown on the attached Overpayment Detail, you were employed and
earned wages while collecting Unemployment Insurance benefits.  Information
obtained from you, your employer(s), other interested parties and your claim
records support these facts.

Wages earned from employment are deductible from Unemployment Insurance
benefits.  You failed to correctly report your employment and earnings on your
Unemployment Insurance claim for the weeks listed on the attached Overpayment
Detail sheet.

You knowingly made false statements or failed to disclose material facts for the
purposes of receiving these benefits for which you were not eligible.

You did not respond to the "Notice of Audit" dated 11/02/11.

You are overpaid $11,957.00 due to Fraud, as defined in Sections 900 and 901 of
the Illinois Unemployment Insurance Act.  You must repay this overpayment.  This
overpayment will not expire and you will not receive any benefits until the
overpayment is repaid or recouped in full.

In addition to the fraud overpayment, under Section 901 of the Act, you will be
required to serve 26 penalty weeks on any Illinois Unemployment Insurance claim
you file within two years from the date of this Decision.  You may serve penalty
weeks only if you are otherwise eligible, and certify for benefits.

Please mail your payment with the attached transmittal in the enclosed envelope.
Make your check or money order payable to the: DIRECTOR OF EMPLOYMENT SECURITY.
WRITE YOUR CLAIMANT IDENTIFICATION NUMBER (CIN FROM ABOVE) ON YOUR PAYMENT.

To pay by credit card, enter your complete credit card number, 4 digit expiration
date (2 digit month and 2 digit year), amount and signature in the credit card
section of the transmittal. The credit card must be issued in your name.

Sincerely,

INVESTIGATIONS UNIT,
Benefit Payment Control
Phone (312) 793-3200

Exhibit A
1 of 3

F-M

STK NO. 7011
Form 20 LB.
Rev. 12/14

APPEAL RIGHTS: IF YOU DISAGREE WITH THIS DECISION, you must file an appeal in person at your Unemployment Insurance office, by mail or by fax within thirty(30) days of the date of this notice. Appeals submitted by mail must bear a postmark date, or faxed date if submitted by fax, within the applicable time limit for filing. If the last day for filing your appeal is a Saturday or Sunday, or any other day that the office is closed, the appeal may be filed on the next day the office is open. If you file an appeal, a hearing will be held before a Referee who will give you an opportunity to present evidence. You will be notified in advance of the time and location of the hearing. If you file an appeal, continue to certify for benefits as long as you remain unemployed or until you are otherwise instructed.

STK NO. 7011
Rev. 12/14

Exhibit A
2 of 3

STK NO. 7011
Form 20 LB.
Rev. 12/14

## NOTICE OF FRAUD DECISION
## OVERPAYMENT DETAIL

GOMEZ                                                                  10401 2208933

| WEEK PAID | WAGES REPORTED | WAGES EARNED | EMPLOYER OR CAUSE | BENEFITS PAID | BENEFITS ALLOWED | OVERPAID | DECISION |
|---|---|---|---|---|---|---|---|
| 10/02/10 | .00 | 706.49 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 10/09/10 | .00 | 706.49 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 10/16/10 | .00 | 706.85 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 10/23/10 | .00 | 703.85 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 10/30/10 | .00 | 706.49 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 11/06/10 | .00 | 706.49 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 11/13/10 | .00 | 652.82 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 11/20/10 | .00 | 652.82 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 11/27/10 | .00 | 633.41 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 12/04/10 | .00 | 633.47 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 12/11/10 | .00 | 585.96 | AMERICAN EXPRESS | 556.00 | 0.00 | 556.00 | FRAUD |
| 12/18/10 | .00 | 585.96 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |
| 12/25/10 | .00 | 532.29 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |
| 1/01/11 | .00 | 532.29 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |
| 1/08/11 | .00 | 548.13 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |
| 1/15/11 | .00 | 548.13 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |
| 1/22/11 | .00 | 634.78 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |
| 1/29/11 | .00 | 634.78 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |
| 2/05/11 | .00 | 822.62 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |
| 2/12/11 | .00 | 822.62 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |
| 2/19/11 | .00 | 798.43 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |
| 2/26/11 | .00 | 798.43 | AMERICAN EXPRESS | 531.00 | 0.00 | 531.00 | FRAUD |

TOTAL BENEFITS OVERPAID      $11,957.00