UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-05530
LISA GOMEZ )
)
) Chapter: 7
)
) Honorable Pamela S. Hollis
)
) Joliet
Debtor(s) )

## ORDER GRANTING MOTION TO AUTHORIZE SALE UNDER 11 USC § 363 and SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtor's Motion to Authorize Sale of Real Estate is GRANTED.

It is hereby ORDERED that:

1) The Debtor is allowed to sell her real estate property located at 2045 Mark Circle Bolingbrook, IL 60490, subject to the approval of US Bank National Association.

2) Debtor's request to shorten notice is granted.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  June 14, 2019

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100